446 A.2d 707

McNeill, et al., Appellants v. Old Republic Life Insurance Cos.

Argued September 10, 1980. Sheridan P. Hunt, Jr., for appellants; Charles W. Craven, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Orders and judgment affirmed.

HOFFMAN, J., concurred in the result.